IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

v.                    Case No. 4:22-CR-00319-11-LPR

**RICKY MANNING**                                                               **DEFENDANT**

## **ORDER**

Defendant's Motion to Reduce Sentence (Doc. 507) is DENIED.

First, Amendment 821 was applied when Defendant was sentenced on June 3, 2024.[1]

Second, Defendant's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[2] Because Defendant knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief.[3]

IT IS SO ORDERED this 12th day of February, 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 339.

[2] Doc. 247.

[3] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (per curiam) (affirming dismissal of a § 3582(c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).